# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

CHRISTOPHER LIPSEY,                  )   No. CV 12-06994-GHK (VBK)
                                     )
                    Petitioner,      )   JUDGMENT
                                     )
          v.                         )
                                     )
G. D. LEWIS,                         )
                                     )
                    Respondent.      )
_____)

    Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 9/20/13

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE